**Order issued January 10, 2013**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00883-CV
No. 05-11-00884-CV
No. 05-11-00885-CV
No. 05-11-00886-CV
No. 05-11-00887-CV
No. 05-11-00888-CV

### IN RE PHILIPPE PADIEU, Relator

**Original Proceeding from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 219-82276-07, 219-82277-07,
219-82278-07, 219-82279-07, 219-82280-07, and 219-82705-07**

## ORDER
Before Justices Francis, Myers, and Evans

Pursuant to the January 9, 2013 opinion of the Court of Criminal Appeals in *Philippe Padieu v. Court of Appeals of Texas, Fifth District*, No. AP-76,727, this Court's July 19, 2011 opinion is **WITHDRAWN** and its orders of that date are **VACATED**. We **REINSTATE** the petition for writ of mandamus in these cases. The Court requests that real party in interest and respondent file a response to the petition by January 30, 2012. The Clerk of the Court is **DIRECTED** to send a copy of this order to the Court of Criminal Appeals.

MOLLY FRANCIS
JUSTICE